NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DAVID W. GAMMILL (SBN 258286)
[DAVID@GAMMILL.LAW]
GAMMILL LAW, APC
1500 ROSECRANS AVE., SUITE 500
MANHATTAN BEACH, CA 90266
TEL: (310) 750-4140 ; FAX: (323) 350-1108

ATTORNEY(S) FOR: VICTOR MANUEL MARTINEZ WARIO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VICTOR MANUEL MARTINEZ WARIO, an individual,

Plaintiff(s),

v.

CITY OF WHITTIER, a Public Entity, et al.

Defendant(s)

CASE NUMBER:

2:24-cv-3580

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| VICTOR MANUEL MARTINEZ WARIO, an individual, | PLAINTIFF |

Plaintiff,

vs.

CITY OF WHITTIER, a Public Entity; WHITTIER POLICE   DEFENDANTS
DEPARTMENT, a public entity; LOS ANGELES COUNTY,
a Public Entity; LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT; and DOES 1 through 50

April 30, 2024                          /s/ David Gammill
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)                           NOTICE OF INTERESTED PARTIES