UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3580 PA (JPRx) | Date | August 26, 2024 |
|---|---|---|---|
| Title | Victor Manuel Martinez Wario v. County of Los Angeles, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:**   COURT ORDER – ORDER TO SHOW CAUSE

    The Court is in receipt of the response filed by plaintiff Victor Manuel Martinez Wario ("Plaintiff") to the Court's August 5, 2024 Order to Show Cause regarding Plaintiff's failure to serve the unnamed Doe defendants within the time period proscribed by Fed. R. Civ. P. 4(m) ("OSC"). (Docket Nos. 39, 43.) In his response, Plaintiff states that he received defendant City of Whittier's "initial disclosures" on July 15, 2024, and needed to consult with an expert in order to review the documents and identify the unnamed defendants. Plaintiff further states that he is now able to do so, and has requested that the defendants stipulate to an amended complaint so that he can add the names and and dismiss the remaining Doe defendants. If defendants do not stipulate to the filing of an amended complaint, Plaintiff intends on filing a motion to amend. (Docket No. 43.)

    The Court concludes that at this time, Plaintiff's response to the OSC is insufficient, and hereby continues Plaintiff's deadline to file a further response to September 10, 2024. The filing of a stipulation to file an amended complaint or a motion to file an amended complaint will be deemed a sufficient response. Failure to file a further response to the OSC may result in the imposition of sanctions, including but not limited to dismissal.

    IT IS SO ORDERED.